# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2024-1568

————————————————

SHAYONNE PETERSON,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

————————————————

On appeal from the Department of Children and Families.
June Jones, Hearing Officer.

September 24, 2025

PER CURIAM.

This appeal involves an order issued by a hearing officer from within the Department of Children and Families. The order dismissed Shayonne Peterson's administrative appeal as untimely filed, the appeal having been filed beyond the ninety-day period established by the Department for challenging a written notification of case action due to an overpayment of Supplemental Nutrition Assistance Program benefits. There is no statutory authorization for our direct review of the hearing officer's order issued in connection with this federal program, so we lack appellate jurisdiction in this case. *Cf. Ninja Acad., Inc. v. Fla. Dep't of Agric. & Consumer Servs., Div. of Food, Nutrition, & Wellness*, No. 1D2022-1139, 2025 WL 2233403, at *1–2 (Fla. 1st DCA Aug.

6, 2025) (determining there was no general law authorizing review of a hearing officer's order issued under a federal program and holding that an agency's administrative rule cannot supply the basis for vesting jurisdiction in the district court).

We in turn treat this appeal as a petition for writ of certiorari and transfer the case to the Circuit Court of the Second Judicial Circuit. *See* Fla. R. App. P. 9.040(b)(1), (c); *Ninja Acad., Inc.*, 2025 WL 2233403, at \*2–3 (treating the appeal as a certiorari petition and transferring it to the circuit court in the absence of a "statutorily authorized pathway . . . to obtain first-tier review of the hearing officer's order in the district court").

TRANSFERRED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shayonne Peterson, pro se, Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee, for Appellee.